AURELIA LAWYER, Respondent, *v.* ALICE E. WHITE et al., Appellants.

(Submitted May 16, 1910; decided May 20, 1910.)

Motion for re-argument denied, with ten dollars costs. (See 198 N. Y. 318.)

---

JOHN C. R. JOHNSON, Respondent, *v.* CHARLES P. BLANEY, Appellant.

(Submitted May 9, 1910; decided May 20, 1910.)

Motion for re-argument denied, with ten dollars costs. (See 198 N. Y. 312.)

---

MILDRED L. HARRISON, Doing Business as the HARRISON COMMISSION COMPANY, Respondent, *v.* THE ARGYLE COMPANY, Appellant.

*Harrison* v. *Argyle Co.*, 128 App. Div. 81, affirmed.
(Argued May 9, 1910; decided May 31, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 15, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for an alleged breach of contract.

*Louis Salant* for appellant.

*Theodore B. Richter* and *Julius Henry Cohen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ.